UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARY M. COLLINS, Individually and as Personal Representative of the Heirs and Estate of JAMES DANIEL COLLINS,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; ET AL,<br><br>Defendant. | NO. MC07-5021 FDB<br><br>MDL NO. 875<br>USDC Eastern District of Pennsylvania<br><br>Relates to No. 07-149 USDC for District of Delaware<br><br><br>ORDER GRANTING VOLKSWAGEN OF AMERICA, INC.'S MOTION TO ENFORCE SUBPOENA SERVED ON LENORE COLLINS |

This matter having come on for hearing before the above Court on Volkswagen of America, Inc.'s Motion to Enforce Subpoena Served on Lenore Collins and the appendices thereto, and the Court having reviewed the records and files herein and being fully advised in the premises finds that said motion should be granted.

IT IS HEREBY ORDERED that Volkswagen of America, Inc.'s Motion to Enforce Subpoena Served on Lenore Collins be and hereby is GRANTED;

IT IS FURTHER ORDERED that Lenore Collins is ordered to appear at 2401

Bristol Court S.W., Suites C-1 & C-2, Olympia, WA 98502 on November 28, 2007 at 9:30 a.m.

DATED this 19th day of November, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/Jan C. Kirkwood, WSBA #11092
Attorneys for Volkswagen of America, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-2765
Fax: (206) 628-6611
Email: jkirkwood@williamskastner.com